UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
NEAL PATEL,

       Plaintiff,

 -against-

INCORPORATED VILLAGE OF OLD BROOKVILLE, OLD BROOKVILLE VILLAGE POLICE DEPARTMENT, POLICE OFFICER MICHAEL J. MARINO in his official and individual capacity, POLICE OFFICER THOMAS LAMB, in his official and individual capacity, COUNTY OF NASSAU, NASSAU COUNTY POLICE DEPARTMENT, POLICE OFFICER WILLIAM REAVY, in his official and individual capacity, and OFFICERS "JOHN DOE 1-10" in his/her official capacities.

       Defendants.
-------------------------------------------------------------------x

NOTICE OF APPEAL

Docket No.: 17-cv-2455 (SIL)

**NOTICE IS HEREBY GIVEN** that POLICE OFFICER WILLIAM REAVY, Defendant in the above-named case, hereby appeal to the United States Court of Appeals for the Second Circuit from a Memorandum and Order of the United States District Court for the Eastern District of New York (Steven I. Locke, M.J.), entered in this action on March 22, 2022, which denied Defendant POLICE OFFICER WILLIAM REAVY'S motion for summary judgment on the basis of qualified immunity.

Dated: April 18, 2023
  Mineola, New York

            Yours, etc.,

            Honorable Thomas A. Adams
            Nassau County Attorney
            *Attorney for Defendants COUNTY OF NASSAU, NASSAU COUNTY POLICE DEPARTMENT, POLICE OFFICER WILLIAM REAVY, in his official and individual capacity*

            By: */s/ Robert F. Van der Waag*
              Robert F. Van der Waag
              Deputy County Attorney
            One West Street
            Mineola, New York 11501
            (516) 571-3954

To: ALL PARTIES VIA ECF